UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN DOE,

          Plaintiff,

v.

AZA LEFKOWITZ, M.D., and
ADVANCED DERMATOLOGY, P.C.,

          Defendants.

Case No. 23-cv-00149-NGG-CLP

**STIPULATION OF DISCONTINUANCE AS TO ALL DEFENDANTS**

It is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, the above-entitled action is hereby discontinued, with prejudice, as to all parties.

Dated: New York, New York,
      January 25, 2024

| NORRIS McLAUGHLIN, P.A. | LEGAL ACTION CENTER |
|---|---|
| By: */s/ David Vozza* | By: */s/ Rebekah Joab* |
| David N. Vozza, Esq. (DV-1132) | Rebekah Joab, Esq. |
| Norris McLaughlin, P.A. | Legal Action Center |
| 7 Times Square, 21st Floor | 225 Varick St., 4th Floor |
| New York, New York 10036 | New York, New York 10014 |
| Telephone: (212) 808-0700 | Telephone: (212) 243-1313 |
| E-Mail: dnvozza@norris-law.com | Email: rjoab@lac.org |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**So Ordered.**

s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 2/7/24